UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBY RANKIN | CIVIL ACTION |
| VERSUS | NO. 25-623 |
| JEFFERSON PARISH SHERIFF'S OFFICE, ET. AL | SECTION "R" (2) |

### ORDER AND REASONS

Before the Court is defendant Jefferson Parish Sheriff Joseph Lopinto's partial motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.[1] In response, plaintiff Bobby Rankin withdrew the contested claim.[2]

As plaintiff withdrew the claim at issue, the Court DENIES Lopinto's motion AS MOOT.

New Orleans, Louisiana, this __9th__ day of March, 2026.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 45-1.
[2]   R. Doc. 49.

1