UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOBBY RANKIN                                          CIVIL ACTION

VERSUS                                                      NO. 25-623

JEFFERSON PARISH SHERIFF'S                SECTION "R" (2)
OFFICE ET AL.

**ORDER AND REASONS**

Before the Court is the joint motion of plaintiffs and defendant to amend the scheduling order.[1] The parties argue additional time for discovery is necessary because the scope of Plaintiff's claims was only recently made clear.[2] Plaintiff brought this lawsuit on March 31, 2025,[3] and he filed his third amended complaint on January 26, 2026.[4] Trial is presently set for August 10, 2026, and pre-trial deadlines are currently set throughout the Spring and Summer of 2026.[5] The parties aver that this motion will not prejudice any party, and that no previous extensions have been sought.[6]

---

[1]    R. Doc. 51.
[2]    *Id.* at ¶ 7.
[3]    R. Doc. 1.
[4]    R. Doc. 44.
[5]    R. Doc. 19.
[6]    R. Doc. 51 at ¶¶ 9-10.

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enter., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (internal citations omitted). Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996). In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide, for . . . [it] must consider not only the facts of the particular case but also all of the demands on counsel's time and the court's." *Streber v. Hunter*, 221 F.3d 701, 736 (5th Cir. 2000) (quoting *HC Gun & Knife Shows, Inc. v. City of Houston*, 201 F.3d 544, 549-50 (5th Cir. 2000) (internal quotation marks omitted)).

The Court finds that the parties have shown good cause to continue the trial and unexpired associated deadlines. Accordingly, the Court continues the trial and associated unexpired deadlines to be reset at a scheduling conference held BY TELEPHONE on **APRIL 30, 2026 at 10:00 a.m.** The parties shall call in for the teleconference using phone number (833) 990-9400, Access Code: 124518418. The Court will be represented by its Case

Manager at the scheduling conference.   All deadlines that have already expired are not reset.


New Orleans, Louisiana, this 20th day of March, 2026.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE